UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

VESTIS SERVICES, LLC,

    Plaintiff,

vs.

DCP TOOL MANUFACTURING, LLC, *et al.*,

    Defendants.

Case No. 3:24-cv-249

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

_____

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 24); AND (2) DISMISSING THIS MATTER WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**
_____

    The Court has reviewed the Report and Recommendation of Magistrate Judge Caroline H. Gentry (Doc. No. 24), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired. Upon careful review of the foregoing, the Court determines that the Report and Recommendation should be adopted. *See Rhines v. Weber*, 544 U.S. 269 (2005).

    Accordingly, the Court: (1) **ADOPTS** the Report and Recommendation of the Magistrate Judge in its entirety; and (2) **DISMISSES** this matter without prejudice for failure to prosecute. This case is **CLOSED**.

    **IT IS SO ORDERED.**

October 21, 2025                                       s/*Michael J. Newman*
                                                                             Hon. Michael J. Newman
                                                                             United States District Judge